

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY -6 A 11: 54

| | |
|---|---|
| GREGORY LEE MURPHY, | |
| Petitioner, | CIVIL ACTION NO.: CV205-076 |
| v. | |
| UNITED STATES OF AMERICA, | (Case No.: CR204-21) |
| Respondent. | |

## ORDER

Petitioner filed a Motion for Transcript of Underlying Proceedings. (Crim. Doc. 34.) As the Court has appointed counsel to represent Petitioner in his section 2255 petition for habeas relief, Petitioner's motion for transcripts is dismissed at this time.

SO ORDERED, this 6th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

MURPHY

vs

USA

CASE NUMBER CV205-76

DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 5/6/05 , which is part of the official record of this case.

Date of Mailing: 5/6/05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Amy Lee Copeland
Gregory Murphy, 11938-021, FCI Jesup, 2680 Highway 301 S, Jesup, GA 31599

[ ] Copy placed in Minutes
[ ] Copy given to Judge
[X] Copy given to Magistrate