AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GREGORY LEE MURPHY

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:   CV205-76 AND CR204-21

UNITED STATES OF AMERICA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order entered April 18, 2006, adopting the Report and Recommendation of the Magistrate Judge denying the petitioner's Motion to Vacate, Set Aside, or Correct his Sentence filed pursuant to 28 U.S.C. Section 2255;   Judgment of dismissal is hereby entered and this case stands dismissed.

| April 18, 2006 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/1/03